Joshua Trigsted (13126)
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
888-595-9111, ext. # 216
866-927-5826 facsimile
jtrigsted@attorneysforconsumers.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| **CRAIG CUNNINGHAM,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**LEXINGTON LAW FIRM, DOES** 1 through 10, inclusive,<br><br>Defendant. | Case No. 1:17-cv-00087-EJF<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled on a class-wide basis, as part of a consolidated class action settlement, along with several other matters. Plaintiff requests that this Honorable Court vacate all pending hearing dates and stay the case for one hundred and twenty (120) days to allow the parties time to prepare a settlement agreement, and file the preliminary approval papers.  Plaintiff proposes that the Honorable Court set a deadline of April 9, 2018 by which the parties shall file a status report notifying the Court of the status of the Settlement.

This Court shall retain jurisdiction over this matter until fully resolved

Respectfully submitted this 7th day of December 2017.

By: s/Joshua Trigsted
JOSHUA TRIGSTED, ESQ.
Trigsted Law Group
Attorney for Plaintiff

Filed electronically on this 5th day of December, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Evelyn J. Furse
United States District Court Magistrate Judge
District of Utah, Northern Division

Eric S. Allen
ALLEN, MITCHELL & ALLEN PLLC

This 5th day of December, 2017.

s/Joshua Trigsted
Joshua Trigsten