IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON LAW FIRM; DOES 1 through 10, inclusive,<br><br>Defendants. | **ORDER STAYING CASE & VACATING SCHEDULING ORDER**<br><br>Case No. 1:17-cv-00087-EJF<br><br>Magistrate Judge Evelyn J. Furse |

The Court held a Status Conference on October 29, 2018 (ECF No. 46). The parties request that the Court continue to stay the case given the pending motion to enforce class action settlement in the Joshua Elser v John C. Heath, Attorney At Law, PLLC d/b/a Lexington Law Firm case, Case No. 5:17-cv-00326-BJD-PRL (M.D. Fla.). For good cause appearing, the Court ORDERS the case stayed until February 26, 2019. However, if the District Judge issues a final decision on the motion to enforce class action settlement in the Elser case before the expiration of the stay, the parties must inform the Court of that decision within fourteen (14) days and the stay in this case will expire at that time. If the District Judge in the Elser case has not issued a final decision on the motion to enforce class action settlement by February 26, 2019, the parties should file a Status Report no later than February 26, 2019 informing the Court as to the current status of the pending motion in that case.

1

Further, the Court VACATES all post-February 2018 deadlines in the Scheduling Order entered in this case on September 11, 2017 (ECF No. 26).

DATED this 29th day of October, 2018.

BY THE COURT:

_____
EVELYN J. FURSE
United States Magistrate Judge