Eric S. Allen (#13486)
ALLEN, MITCHELL & ALLEN PLLC
2091 E. Murray Holladay Road, Suite 21
Salt Lake City, Utah 84117
Telephone: (801) 930-1117
Facsimile: (866) 777-0742
eric@allenlawyer.com
*Attorney for Defendant Lexington Law Firm*

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM,<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON LAW FIRM,<br><br>Defendant. | **STIPULATION OF DISMISSAL**<br><br>Civil No. 1:17-cv-00087-EJF<br><br>Magistrate Judge Evelyn J. Furse |

IT IS HEREBY STIPULATEDAND AGREED, by and among the undersigned counsel to the parties in this action that, pursuant to Rule 41(a)(I)(ii) of the Federal Rules of Civil Procedure, Plaintiff's individual claims in this action shall be dismissed without prejudice, and the claims of other putative class members shall be dismissed without prejudice. Each party shall bear its own attorneys' fees and costs, except as may otherwise be agreed to by the parties.

DATED this 6th day of June, 2019.

*/s/   Eric Allen*  
Eric S. Allen (#13486)  
ALLEN, MITCHELL & ALLEN PLLC  
*Attorney for Defendant Lexington Law Firm*

*/s/   Joshua Trigstead*  
Joshua R. Trigsted  
TRIGSTED LAW GROUP PC  
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June, 2019, I delivered the foregoing Stipulation for Dismissal, via electronic case filing notice, to all counsel of record in this case:

/s/ *Eric Allen*
On behalf of Eric Allen